UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN L. SPENCE
    PETITIONER, PRO SE,          CIVIL NO: 04-10385-RBC

IMMIGRATION & NATURALIZATION SERVICE
    RESPONDENT

PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C § 2241 BY A PERSON IN CUSTODY.

PETITIONER'S NAME: MARTIN L. SPENCE
PETITIONER'S PRISON NUMBER: 0304629
PLACE OF CONFINEMENT: SUFFOLK COUNTY H.O.C

TYPE OF DETERMINATION: DEPORTATION
WHO MADE THE DETERMINATION: IMMIGRATION JUDGE
WHERE DETERMINATION WAS MADE: 26 FEDERAL PLAZA NEW YORK N.Y.
WHEN DETERMINATION WAS MADE: 1992
DID YOU APPEAL THE DETERMINATION: YES

TO WHOM DID YOU APPEAL: BOARD OF IMMIGRATION APPEAL
WHEN WAS THE APPEAL DECIDED: 1994
WHAT WAS THE RESULT: DENIED

STATE CONCISELY EVERY GROUND ON WHICH YOU CLAIM THAT YOU ARE BEING HELD UNLAWFULLY. SUMMARIZE BRIEFLY THE FACTS SUPPORTING EACH GROUND:

GROUND ONE: INEFFECTIVE ASSISTANCE OF COUNSELOR.

SUPPORTING FACTS TELL YOUR STORY BRIEFLY WITHOUT CITING CASES OR LAW:

In 1993, I was order deported by the Immigration Judge for a conviction I had in 1976 and for which I serve 7 years in New York State prison until I was parole in 1982 into the custody of INS, I remain in their custody for 14 months until I was bail out in March 1983 by my mother and friends. While on the street, I went school, work and help to support my mother.

My first court appearance after I was bail out was in December 1990 and I was immediately assigned to Rev. Albert Vitaglione by the IJ, who told me he was a good attorney and could help me with my case, I believed what the IJ told me and agree to be represented by Rev. Vitaglione. I was never given a list of any legal organization or asked if I wanted to hire my own attorney. I later found out Rev. Albert Vitaglione was not a attorney and has no legal experience in dealing with my immigration issues.

Consequently, I was order deported because of the lack of legal expertise by Rev. Vitaglione, who has never been honest or helpful to me from the start of my immigration proceeding.

GROUND TWO: HARDSHIP ON MY FAMILY

SUPPORTING FACTS TELL YOUR STORY BRIEFLY WITHOUT CITING CASES OR LAW:

I have been in the UNITED STATE since October 1974, I have never went back to Jamaica, I have no family there, all of my family live here, my mother, brother, sister, my wife and three kids, plus other children outside of my marriage, whom I used to support and all of my close relative, lives here. My father pass away in 1979, and if I were to be deported back to Jamaica it would cause exceptional and extremely hardship to me, my wife, my children and mother.

WHEREFORE THE PETITIONER PRAYS THAT THE COURT GRANT PETITIONER THE RELIEF TO WHICH HE MAY BE ENTITLED IN THIS PROCEEDING.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: Feb 24, 2003

Martin L. Spence
SIGNATURE OF PETITIONER