

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARTIN L. SPENCE
   PETITIONER, PRO SE    04 · 103 CIVIL NO:
                                         Referred to MJ RB Collings
IMMIGRATION & NATURALIZATION SERVICE

   RESPONDENT

APPLICATION FOR APPOINTMENT OF COUNSEL
PURSUANT TO 18 U.S.C. § 3006A(g)

PLEASE TAKE NOTICE THAT I AM the petitioner in the Above captioned case and I am unable to hire my own attorney to represent me, due to my financial situation as an INS detainee here, I have written and call a few legal organization requesting their help, but to no avail.

My reason for asking the court for appointment of counsel is because my case is a very complex one and I do not have the expertise, assistance nor any access to the Law Library here to help myself.

I DECLARE UNDER PENALTIES OF PERJURY THAT MY ANSWERS ARE TRUE TO THE BEST OF MY KNOWLEDGE.

Dated Feb 24, 2004

                                                    Martin L. Spence
                                                    Signature

RECEIVED FEB 26 2004