UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARTIN L. SPENCE, )
)
        Petitioner )
)     Civil Action No.
   v. )     04cv10385-RWZ
)
IMMIGRATION & NATURALIZATION )
SERVICE, )
)
        Respondents )

NOTICE OF CHANGE OF PETITIONER'S ADDRESS

Respondent[1] informs the Court that respondent's place of custody has been changed to:

Norfolk County House of Correction
200 West Street
Dedham, Massachusetts  02026

All correspondence to petitioner should therefore be directed to him at that address.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

        By: _____
                FRANK CROWLEY
                Special Assistant U.S. Attorney
                Department of Homeland Security
                P.O. Box 8728
                J.F.K. Station
                Boston, MA 02114
                (617) 565-2415

---

[1] As of a DHS restructuring effective June 9, 2003, the responsive successor official of the Department of Homeland Security having control of petitioner's custody in the instant action is Bruce Chadbourne, Interim Field Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on March 2, 2004.

_____
FRANK CROWLEY
Special Assistant U.S. Attorney
Department of Homeland Security
P.O. Box 8728
J.F.K. Station
Boston, MA 02114