UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Martin L. Spence,

    Petitioner,

v.

Immigration and Naturalization Service

    Respondent.

CIVIL ACTION
NO. 04-10385-RWZ

O R D E R

ZOBEL, D.J.

On February 26, 2004, petitioner Martin L. Spence, an immigration detainee currently confined at Suffolk County House of Correction, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, along with the applicable $5 filing fee.

ACCORDINGLY,

(1) Since the Immigration and Naturalization Service no longer exists, the Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (i) Sheriff Andrea J. Cabral, Suffolk County House of Correction, 20 Bradston St., Boston, MA 02118;  (ii) the United States Attorney; AND (iii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114; AND

(2) The Respondent shall, within 20 days of receipt of this Order, file an answer or other responsive pleading; AND

(3) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

 3/10/04                                     Rya W. Zobel
Date                                           United States District Judge

(2241servINS.wpd - 09/00)                                                                        [2241serv.]