Norfolk County Corr. Facility
200 West St.
Dedham, MA 02027

MAR 6, 2004

Civil No: 04-10385-RWZ

Dear Clerk:

I am writing to informed you that I am no longer at the previous address, I was transfer from there on MAR 2, 2004, to this address and would like to know, if its too late to file a motion to proceed in Forma Pauper, due to the fact, that I couldn't filed or send it to you from the Suffolk County jail, because I was unable to get any assistance there from the inmate/INS detainee accountant office.

Also, I have filed an application for the appointment of counsel; Is it possible that I might be able to obtain an assign counsel to represent me in this case?

Thank You!

Respectfully Yours
Spence Marvin L #27467
INS Detainee