AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

United State District Court District of Massachusetts

Martin L. Spence

Plaintiff

V.

Immigration & Naturalization Service

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 04-CV-10385-RWZ

I, Martin L. Spence, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? No    Do you receive any payment from the institution? No

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. None

3. In the past twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends                ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments     ☐ Yes    ☒ No
    d. Disability or workers compensation payments        ☐ Yes    ☒ No
    e. Gifts or inheritances                              ☐ Yes    ☒ No
    f. Any other sources                                  ☒ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

My sister, sometimes send me a few dollars to maintain my stay here, which isn't much.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   My wife, and three kids, plus my other children. I am unable to contribute any support to them at this time, due to my current situation.

I declare under penalty of perjury that the above information is true and correct.

April 8, 2004
_____
Date

Martin L Spence
_____
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Date : 04/05/2004
Time : 08:51

## Account Activity Ledger

From : 03/03/2004   To : 04/05/2004

04-CV-10385-RWZ

| Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Other | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 125542395 | **Name** SPENCE, MARTIN L | | | **Block** | | | **Previous Balance** | 0.00 |
| 03/03/2004 | 06:59 | B#23948 | Deposit | | 0.00 | | | 0.00 |
| **Comment** Initial Entry | | | | | **Money Order** | | | |
| 03/23/2004 | 07:48 | B#24129 | Deposit | | 2.00 | | | 2.00 |
| **Comment** 2943 | | | | | **Cash** | | | |
| 03/25/2004 | 09:23 | I#259549 | I | 1.85 | | | | 0.15 |
| **Comment** Sales Transaction | | | | | | | | |

|  |  |  |  |
|---|---|---|---|
| Deposits | 2 | For $ | 2.00 |
| Withdraws | 0 | For $ | 0.00 |
| Invoices | 1 | For $ | 1.85 |

Page :  1