UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARTIN L. SPENCE**<br>　　　　**Plaintiff**<br><br>　　V.<br><br>**IMMIGRATION & NATURALIZATION SERVICE**<br>　　　　**Defendant** | **CIVIL ACTION**<br><br>NO. 04-10385-RWZ |

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the ENDORSED ORDER entered 4/14/04;

JUDGMENT is entered DISMISSING the PETITION.

　　　　　　　　　　　　　　　　　　　　　　　　By the Court,

　4/15/04　　　　　　　　　　　　　　　　　　s/ Lisa A. Urso
　　Date　　　　　　　　　　　　　　　　　　　Deputy Clerk