FILED
CLERKS OFFICE

2004 JUN -9 P 12: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

No #2 Post Office
Catherine Hall
Montego Bay, St James
Jamaica, West Indies

CV-04-10385-RWZ

May 31, 2004

Dear Clerk:

I am writing to informed you/court that I am no longer in the United States and that I was forcefully put on the plane and deported to Jamaica on May 27, 2004. I have shown the immigration official my pending court case there and they say that they didn't care about it and they are still going to deport me, and I must fight my case from Jamaica.

I didn't sign any paper to be deported, my finger-print was forcefully taken after being restraint in leg-iron/handcuff and rough up by four immigration officers in the southbay detention in Boston, MA.

I still wish to pursue my case there because justice was denied me and my family there is having a hard time with me not there to help them, especially my children.

I thank you for your time, I await your reply.

Respectfully Submitted
Spence, Martin